IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | PLAINTIFF |
| | § | |
| v. | § | CAUSE NO: 1:08cv1463-LG-RHW |
| | § | |
| $7,708.78 IN U.S. CURRENCY, ET AL | § | DEFENDANT PROPERTY |

## ORDER DISMISSING CERTAIN REAL AND PERSONAL PROPERTY
## FROM FORFEITURE AND CANCELLATION OF LIS PENDENS

BEFORE THE COURT is the Government's Motion [105] to Dismiss Certain Property From Forfeiture pursuant to the settlement agreement entered into by the parties (Doc. # 104). The Court finds that the motion is well taken and should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the following property is released and dismissed from this civil forfeiture action without prejudice and the Lis Pendens filed on the real property are hereby cancelled accordingly.

## PERSONAL PROPERTY

Assorted jewelry valued at $14,300.00

BancorpSouth Bank account #XXXX3892

$250,000.00 of the funds on deposit in Merrill Lynch account # XXXX5981

Pursuant to the agreement of the parties and by this order, Merrill Lynch is directed to submit to the United States Marshall all of the funds held in Merrill Lynch account # XXXX5981. The United States Marshall is directed to return to the claimants, Thomas Trieu and Victoria Van the sum of $250,000.00 by wire transfer, to the trust account held in the name of claimants' counsel, Graves, Bartle, Marcus & Garrett, PLLC.

# **REAL PROPERTY**

**PARCEL NO. 2**: Located at 17155 Scottsdale Drive, Riverside, CA

Lot 4 of Tract No. 29712, in the County of Riverside, State of California as per map recorded in Book 318 pages 89 and 90 of maps, in the Office of the County Recorder of said County.

**PARCEL NO. 3**: Located at 622 North Rural Drive, Monterey Park, CA

All that certain real property in the County of LOS ANGELES, State of California, described as follows:

The Southerly half of Lot 25 of Tract No. 2399, in the City of Monterey Park, County of Los Angeles, State of California, as per map recorded in Book 23, Page(s) 17 of Maps, in the office of the county recorder of said county.

**PARCEL NO. 4**: Located at 8441-8443 Grand Avenue, Rosemead, CA

The East 75 feet of the West 150 feet of the South 190 feet of Lot 5, of the Baldy View Tract, in the City of Rosemead, County of Los Angeles, State of California, as per map recorded in Book 12 Page(s) 191 of Maps, in the office of the County Recorder of said county.

**PARCEL NO. 7**: Located at Lake Elsinore, in Riverside County, CA

Parcel 1:

The Northeast one-quarter of lot 15 in Block "B", as shown by map showing subdivision in Elsinore, recorded in Book 8 page 377 of Maps, San Diego County records; the South westerly line of said Northeast one-quarter being parallel with the Northeasterly line of said lot; excepting therefrom that portion described as follows: Beginning at the most Northerly corner of said lot, being the intersection of the Southeasterly line of Riverside Street with the Northeasterly line of said lot; thence Southwesterly 3.28 rods; thence Southeasterly 145 rods to the Southeasterly line of said lot; thence Northeasterly 3.28 rods, parallel with the southeasterly lin of Riverside Street to the Northeasterly line of said lot; thence Northwesterly 145 rods on said Northeasterly line to the point of beginning.

Parcel 2:

That portion of Lot 15 in Block "B", as shown by map showing subdivision in Elsinore, Recorded in Book 8 Page 377 of Maps, San Diego County Records described as follows: Beginning at the most Northerly corner of said lot, being the intersection of the Southeasterly line of Riverside Street with the Northeasterly line of said lot; thence Southwesterly 3.28 rods on the Southeasterly line of Riverside Street; thence Southeasterly 145 rods parallel with the Northeasterly line of said lot to the Southeasterly line thereof; thence Northeasterly 3.28 rods, parallel with the Southeasterly line of said Riverside Street, to the Northeasterly line of said lot; thence

Northwesterly 145 rods on said Northeasterly line to the point of beginning.

**PARCEL NO. 16**: Located at 2248 Rosewood Lane, Biloxi, MS

Lot 21, WILDWOOD TRACE, PHASE 3, a subdivision of Harrison County, Second Judicial District, Mississippi, as per the official map or plat thereof on file and of record in the office of the Chancery Clerk of Harrison County, Second Judicial District, Mississippi.

**SO ORDERED AND ADJUDGED** this the 14th day of July, 2010.

s/ *Louis Guirola, Jr.*

Louis Guirola, Jr.
United States District Judge