IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA                     PLAINTIFF

v.                                   Civil Action No: 1:08cv1463LG-RHW

$7,708.78 IN U.S. CURRENCY, ET AL           DEFENDANT PROPERTY

**FINAL JUDGMENT AND DEFAULT JUDGMENT
OF FORFEITURE AS TO RICHARD TRIEU**

Before the Court is the Government's motion for a final judgment and default judgment of forfeiture as to Richard Trieu [Doc. # 120]. Having reviewed the motion, the Court finds that it is well taken and should be GRANTED. In support of its ORDER, the Court finds as follows:

1. The Verified Complaint for Forfeiture in this matter was filed on December 10, 2008 [Doc. # 1].

2. Following the filing of the complaint, a copy of the Notice of Complaint for Forfeiture, with other pertinent documents, was served upon all potential Claimants [Doc. # 78].

3. On March 31, 2009 and April 7, 2009, publications of the Notice of Complaint for Forfeiture Action were duly completed in accordance with Rule G(4) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions [Docs. # 65, 68, 69, and 70].

4. The notice informed all persons or entities known and unknown that this forfeiture action was pending, that in order to avoid forfeiture of the defendant property listed in Exhibit "A" attached to the Complaint, any person who asserts an interest in the defendant property must file a verified claim within thirty-five (35) days after the date of the notice, if the notice is delivered by mail, or within thirty-five (35) days of the date of delivery, if the notice is personally served and not sent by mail. Further, for guidance in the preparation of their claims

and answers, the notice referred any such persons or entities to Rule G(5)(a)(ii) of Supplemental Rules of Certain Admiralty and Maritime Claims, Title 28, United States Code.

5. Following receipt of the notice, Claimant Richard Trieu timely and properly filed a claim and answer with this Court. Richard Trieu's claim and answer did not claim an interest in the defendant real property located at Lemoyne Blvd., Biloxi, MS 39532.

6. All other interests in the defendant real property located at Lemoyne Blvd., Biloxi, MS 39532 have been adjudicated with the Final Judgment and Default Judgment of Forfeiture as to Thomas Trieu, Thu-Hoa Victoria Van, Ashley P. Trieu, and Wachovia Federal Savings Bank. [Doc. # 114]

**IT IS, THEREFORE, ORDERED AND ADJUDGED AS FOLLOWS:**

The Government is hereby given a default judgment of forfeiture against the defendant real property located at Lemoyne Blvd., Biloxi, MS 39532, and more particularly described below, as it pertains to the interests of Richard Trieu and title to the defendant real property is hereby vested in the United States of America and any claims or interests therein of Richard Trieu are hereby canceled.

<u>REAL PROPERTY</u>

**PARCEL NO. 20**: Located at Lemoyne Blvd., Biloxi, MS 39532

A parcel of land located in Jackson County, Mississippi, and being more particularly described by Deed as: Beginning at a point which is 362 feet West of the Southeast corner of Section 11, Township 7 South, Range 9 West, thence West along the North margin of the concrete road formerly a part of the Old Spanish Trail a distance of 267 feet, more or less, thence North a distance of 1320 feet, more or less, thence East 267 feet, more or less, to the North corner of the lot heretofore sold to Louis Tiblier, thence South 1320, more or less, to the point of beginning.

SO ORDERED AND ADJUDGED this the 9th day of May, 2011.

_____
HONORABLE LOUIS GUIROLA, JR.
Chief United States District Judge