IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | PLAINTIFF |
| | § | |
| v. | § | Civil Action No. 1:08cv1463-LG-RHW |
| | § | |
| $7708.78 in U.S. Currency, et al. | § | DEFENDANTS |

## JUDGMENT

This matter having come on to be heard on the Motion for Summary Judgment [131] filed by the Government, the Court, after a full review and consideration of the Government's Motion, the pleadings on file and the relevant legal authority, finds that in accord with the Memorandum Opinion and Order entered herein,

**IT IS ORDERED AND ADJUDGED** that because there is no genuine issue as to any material fact, judgment is rendered in favor of the United States of America, pursuant to Fed. R. Civ. P. 56.  The Government is entitled to all of the funds earned by Nick Tran after January 1, 2005, from his pharmacy business as well as the pharmacy license issued to Tran's Pharmacy and the pharmacist license issued to Nick Tran.

**SO ORDERED AND ADJUDGED** this the 9th day of August, 2011.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE